**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| LOUIS SMITH<br><br>            Plaintiff,<br><br>    v.<br><br>AHMED M. FATTOUH, BRANDON BENTLEY, JEFFREY HARRIS, PIETRO CINQUEGRANA, MATTHEW LUCKETT, ALAN PINTO, BRIAN Q. PHAM, MINESH K. PATEL, INTERPRIVATE ACQUISITION MANAGEMENT LLC, AND INTERPRIVATE LLC,<br><br>            Defendants. | No. 1:24-cv-00484-GBW |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

In accordance with Federal Rule of Civil Procedure 26(c) and District of Delaware Local Rule 5.1.3, Plaintiff Louis Smith ("Plaintiff") respectfully requests that the Court enter an Order permitting him to file under seal his Memorandum of Law in Support of Plaintiff Louis Smith's Motion for Remand (the "Memorandum") and the Amended Verified Class Action Complaint (the "Amended Complaint"). In support of his Motion, Plaintiff states as follows:

1.      Federal Rule of Civil Procedure 26(c) provides that, "[t]he court may, for good cause, issue an order to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense." "A court applies a 'good cause' standard to justify sealing or redacting judicial records, which requires a balancing process, in which courts weigh the harm of disclosing information against the importance of disclosure to the public." *Kaleo, Inc. v. Adamis Pharms. Corp.*, C.A. No. 19-917-RGA, 2019 WL 11680196, at *1 (D. Del. July 16, 2019) (citations omitted).

2.      The Memorandum refers to, and the Amended Complaint includes and cites to, certain information produced by Aeva Technologies Inc. (the "Company") in response to a books-and-records demand served pursuant to 8 *Del. C.* § 220 that was produced subject to a confidentiality agreement and that Defendants and the Company have asserted contains Defendants' confidential and proprietary business information (ECF No. 1 at 2). "Courts generally protect materials containing trade secret[s] or other confidential research, development, or commercial information to prevent harm to a litigant's standing in the marketplace." *Mars, Inc. v. JCM Am. Corp.*, 2007 WL 496816, at *2 (D.N.J. Feb. 13, 2007).

3.      In further support of this Motion, Plaintiff states that the Court has already granted a motion by Defendants, which sought under seal treatment to the same information cited in the Memorandum and Amended Complaint. ECF No. 6.

4.      Accordingly, Plaintiff respectfully submits that good cause exists for allowing him to file the Motion to Remand under seal.

5.      Plaintiff  will comply with all applicable procedures regarding filing under seal through the Court's CM/ECF system, and will file a redacted version of Memorandum of Law in Support of Plaintiff Louis Smith's Motion for Remand and the Verified Amended Class Action Complaint and within seven days.

Dated: May 14, 2024

**OF COUNSEL:**

**GRANT & EISENHOFER P.A.**
David Wissbroecker (*pro hac vice*
application to be filed)
123 S. Justison Street, 7th Floor
Wilmington, DE 19801
(302) 622-7000

**GRANT & EISENHOFER P.A.**

/s/ *Kelly L. Tucker*
Michael J. Barry (#4368)
Kelly L. Tucker (#6382)
123 S. Justison Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

*Counsel for Plaintiff*

**BRONSTEIN, GEWIRTZ &
    GROSSMAN, LLC**
Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, 46th Floor
New York, NY 10165
(212) 697-6484

*Counsel for Plaintiff*